# EXHIBIT 1

## DETAINEE REQUEST FORM / FORMULARIO DE PETICIONES

IMMIGRATION CENTERS OF AMERICA                                                                                 FARMVILLE

| 1. DETAINEE NAME / NOMBRE | 2. REGISTRATION NUMBER / NUMERO DE REGISTRO | 3. ALIEN NUMBER/NUMERO DE IDENTIFICACION |
|---|---|---|
| Ismael Brizuela | 10- 11-2935 | A# 023434301 |

| 4. DATE / FECHA | 5. DORM / DORMITORIO | 6. BUNK NUMBER / NUMERO DE CAMA | 7. TYPE/TIPO | REQUEST / PETICION | |
|---|---|---|---|---|---|
| 2-21-15 | 1 | 42 | [X] COMPLAINT / PROBLEMA | [ ] INFORMATIONAL / INFORMATIVO | |

**7. DETAILS OF REQUEST, PROBLEM, COMPLAINT, ETC./DETALLES DE LA PETICION, PROBLEMA, QUEJA, ETC.**

To whom it may Concern, Im writing this to Complain about the nasty food that we (Detainees) were served on Saturday 2-21-15 at Dinner Time, this food had maggots, yes real maggots. Honestly this is not the first time that we have been served our Trays with maggots. I can only wonder what else we (Detainees) have been served in our Trays that we Detainees have not been able to see because "it" might have been Chopped up and/or blended and so that way we (Detainees) wouldn't have been able to spot "it" whatever that "it" might have been. Come on people be serious man! we (Detainees) deserve better treatment, because we are Humans Too you know. Where is that fair treatment rights that you guys talke about, or is that apply to guys? that is just reserved for you guys? now Tell me what you guys are going to do about this very serious matter (Contaminated food) are you *going* to investigate the kitchen people to see what else they have done to the food that they Serve us (me). food that my 5 adults American borned Kids ages 20-31 yrs old help pay for because they all have jobs and pay Taxes, So are my 4 naturalized Citizen American Citizen Sisters and my 2 Brothers that are also naturalized American citizens they all also Contribute with their Taxs Dollars (because they work too) to pay for this food that you guys are giving me, and so I have the right to Complain for better treatment in case you think that I'm just another "Criminal" bound to be deported and so I should shut the Hell up, well, you are so very wrong, thank you very much, God Bless you all

### STAFF USE ONLY

| 8. TRACKING NUMBER | 9. DATE RECEIVED | |
|---|---|---|
| 15-01714 | | |

**10. RESPONSE**

We are aware of the issues regarding food served on Feb. 21, and are investigating the situation. When the investigation is complete appropriate action will be taken.

| 11. PRINTED NAME & TITLE | 12. SIGNATURE | 13. DATE |
|---|---|---|
| | | 2/23/15 |

RECEIPT BY DETAINEE

| 14. DETAINEE NAME / NOMBRE | 15. SIGNATURE / FIRMA | 13. DATE / FECHA |
|---|---|---|
| | | |

ICA FORM 9                                                                                                        APR 12

ex. 1

# U.S. Department of Homeland Security

Immigration & Customs Enforcement
Enforcement and Removal Operations
Washington Field Office
2675 Prosperity Ave., MS 5216
Fairfax, Virginia 20598-5216
Office: 703-285-6301
Fax: 703-285-6236

## Detainee Request Form

☑ NDS ☐ DETAINED DOCKET

| Name of Detainee (Nombre) | Country (Pais) | Alien Registration Number (Numero de Registro Extranjero) |
|---|---|---|
| Ismael Brizuela | El Salvador | A#023434301 |
| Dormitory # (Dormitorio #) / Bed # (Cama #) | | Date of Request given to detainee. (Fecha de la solicitud dada al detenido) |
| D1 — B42 | | 2-21-15 |

**Nature of Request** (Cual es la pregunta?)

To ICE Agent Ms. Davila. On Saturday 2-21-15 at Dinner Time many of us Detainees found maggots in our food that we were eating, we notified the C.O. on duty and He was disgusted when He saw the maggots and He (co.) called the chief Commander Jones. Chief Commander Jones verified and agreed that there were real maggots in the food. The way that these people treat us (Detainees) in here, it is a violation of our fair treatment rights. this is not the first time we found maggots in our food. what other disgusting things have we been served in our trays in the past that we Detainees did not see and ate, this is a Health hazard please take action on this very serious matter

All requests not pertaining to ICE will be forward to the detention facility with a follow-up by ICE.

### DO NOT WRITE BELOW THIS LINE / ICE OFFICIAL USE ONLY

| Date Received | Officer Assigned | Date Due | Provide response within 72 hours |
|---|---|---|---|
| 2/23/15 | R. Davila | | |

Response: Detainee request log # 15-2-231

ICE has been made aware of this situation and are working very closely with the facility's management, Trinity Food Services and the investigators to get to the bottom of this. We will continue to closely monitor the kitchen, its staff and the food preparation to ensure this does not happen again.

**Update logbook and ENFORCE**

| Date Returned by ICE | Returned by: Print Name & Title |
|---|---|
| 2/24/15 | R. Davila, ISA |

ex 1